UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE BEVLYN ODIYE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DISTRICT DIRECTOR,<br><br>　　　　Defendant. | Case No.  14-mc-80276-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 6 |

Defendant has filed a Motion to Dismiss Debbie Bevlyn Odiye's Petition to Correct her Certificate of Naturalization.  ECF No. 6.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 8, 2015, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 26, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JON S. TIGAR
United States District Judge